UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KERRY M. TROEPPL,<br><br>            Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>            Defendant. | CASE NO. 2:16-CV-01702-DWC<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 6. Presently before the Court is Defendant's Stipulated Motion for Remand ("Motion"). Dkt. 18. After reviewing the Motion and the relevant record, the Court orders the following:

Defendant's Motion is granted, and the case is reversed and remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner shall:

- Reassess the opinions of treating psychiatrist, Richard Ries, M.D.; examining psychologists Barbara Lui, Ph.D., and R.A. Cline, Psy.D.; and other sources, case manager Natalie Frick, and mental health counselor, Caitlin Cotter;
- Reassess Plaintiff's residual functional capacity in light of the preceding assessments, as well as other steps in the sequential evaluation process, as necessary;
- The ALJ will offer Plaintiff an opportunity for a hearing; and
- Plaintiff may also present new arguments and further medical evidence, if such evidence becomes available.

The parties agree that on proper motion the Court should consider Plaintiff's application for attorney fees and costs under 28 U.S.C. § 2412(d).

Dated this 14th day of August, 2017.

David W. Christel
United States Magistrate Judge